UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 08 B 00094
   ADRIENNE D BANKS
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-4897
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 01/03/08 and confirmed on 02/22/08.

2. The plan is paid in full.

3. The Debtor paid a total of $ 7426.20 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 1173.55 | .00 | 1173.55 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 1317.39 | .00 | 1317.39 |
| DIRECTV | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE COUNTY REIMBURSEM | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF HUMAN S | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SALUTE VISA GOLD | UNSECURED | 303.25 | .00 | 303.25 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 245.53 | .00 | 245.53 |
| WOMENS WORKOUT WORLD | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT HUD | SECURED | .00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1173.55 | .00 | 1866.17 | .00 | 3039.72 |
| PRINCIPAL PAID | 1173.55 | .00 | 1866.17 | .00 | 3039.72 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1173.55 | .00 | 1866.17 | .00 | 3039.72 |

The Debtor's attorney, NELLA E MARIANI          , was allowed $   3500.00 and was paid $   3500.00 .

The Trustee received $    389.27 .

Refunds to the Debtor totaled $    497.21 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability

in this case.


Dated: 03/12/09                         /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE












                                    PAGE   2
        CASE NO. 08 B 00094 ADRIENNE D BANKS